## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re   **Gwendolyn Morrow-Lawrence** _____ ,   )
                                                                  )
                                                      Debtor      )
Employer's Tax Identification No(s). [if any] _____   )
Last four digits of Social Security No(s):   **xxx-xx-1087** ____ )

### For Debtor:

☐ Payment advices are attached

☐ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Payment advices *are not* attached because debtor:
   ☐ receives disability payments
   ☐ is unemployed and does not receive unemployment compensation
   ☐ receives Social Security payments
   ☐ receives a pension
   ☐ does not work outside the home
   ☐ is self employed
   ☐ other, please explain __

   Schedule I, Line 1 Income  **5,367.00**

   Occupation as listed on Schedule I  **Sterile Supply Assoc**

### For Joint Debtor, if applicable:

☐ Payment advices are attached

☐ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Payment advices *are not* attached because debtor:
   ☐ receives disability payments
   ☐ is unemployed and does not receive unemployment compensation
   ☐ receives Social Security payments
   ☐ receives a pension
   ☐ does not work outside the home
   ☐ is self employed
   ☐ other, please explain __

   Schedule I, Line 1 Income  **N/A**

   Occupation as listed on Schedule I __

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of __ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor:   **/s/ Gwendolyn Morrow-Lawrence** ____  Date:   **June 29, 2020** ____
                       **Gwendolyn Morrow-Lawrence**

Signature of Joint Debtor: _____  Date: _____

O:§521C(03/02/2006)