*B2170 (Form 2170) (12/15)*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Gwendolyn Morrow−Lawrence<br><br>xxx−xx−1087<br>2037 E Genesee Street #1<br>Syracuse, NY 13210 | )<br>)<br>)<br>)Case Number: 20−30712−5−mcr<br>)<br>)<br>)<br>)Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Mary Lannon Fangio−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Syracuse, NY
DATED: 11/5/20

*BY THE COURT*

Margaret M. Cangilos−Ruiz
Chief U.S. Bankruptcy Judge